# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| In Re: Petition of Olam Maritime Freight, PTE. LTD. | § § § | Civil Action No.: |
| Petitioner, | § § | IN ADMIRALTY, Rule 9(h) |
| For Order Authorizing Discovery Pursuant to Fed. R. Civ. P. 27. | § § § § | |

## EMERGENCY VERIFIED PETITION FOR AN ORDER TO PRESERVE TESTIMONY AND EVIDENCE PURSUANT TO FED. R. CIV. P. 27

Petitioner Olam Maritime Freight, PTE. LTD. ("Olam"), pursuant to Fed. R. Civ. P. 27, moves this Court to order the preservation of testimony and evidence, including: (1) immediate sampling and testing of coal samples relevant to the explosion onboard the W-SAPPHIRE on August 18, 2025; (2) depositions and documentary evidence related to the loading of the W-SAPPHIRE and CSSC ROTTERDAM; and (3) gas monitoring information and video from the coal loading facility.

As set forth more fully in the accompanying Memorandum in Support, Olam meets the conditions of Fed. R. Civ. P. 27.

Olam reasonably anticipates litigation arising from this incident, including: cargo claims concerning damage to the coal; potential claims among charterers, owners, and managers; and potential third-party tort claims, including claims arising from the closure of the Port of Baltimore. At present, however, no action can be filed until liability is formally asserted or damages are demanded.

Immediate court intervention is necessary. Vessel owners' correspondence suggests that – absent action by the cargo interests – they will unilaterally offload cargo, as soon as September 27, 2025, and that they intend to do so before samples are appropriately obtained and preserved.

Javelin Global Commodities (UK) Ltd. ("Javelin") and/or CSX Transportation, Inc. ("CSXT") have further refused Olam's requests for relevant evidence and – to the extent Javelin and Olam have agreed in principle to some joint testing – the scope of the tests and timeline of testing are not yet firmly set.   Finally, Javelin and/or CSXT failed to preserve relevant evidence, thus requiring immediate court intervention to prevent further loss.

Without immediate preservation of testimony and production of limited records, Olam and others will be unable to protect their rights, and a failure or delay of justice will result.  This Court should immediately grant Olam's petition.

A proposed order granting Olam's petition is included.  A proposed show cause order is also included.

Dated: September 26, 2025.

/s/ J. Stephen Simms
J. Stephen Simms (04269)
Gary C Murphy (31057)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 410-783-5795
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

Counsel to Olam Maritime Freight PTE. LTD.

## <u>VERIFICATION</u>

I, J. Stephen Simms, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the counsel to Petitioner Olam Maritime Freight, PTE. LTD. in this matter.  Olam is not present in the District. I am authorized to execute this Petition and Verification on its behalf.

2. I have read the foregoing Verified Petition for an Order to Preserve Testimony and Evidence Pursuant to Fed. R. Civ. P. 27 and the Memorandum in support of said Verified Petition.

3. The factual allegations contained therein are true and correct to the best of my knowledge, information, and belief, based upon my review of documents and the expert declaration submitted in support of the Petition.

4. I verify that the Petition is submitted in good faith and not for the purpose of harassment or delay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of September 2025, at Baltimore, Maryland.

_____
J. Stephen Simms