UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| In Re: Petition of Olam Maritime Freight, PTE. LTD. § § § | |
| Petitioner, § | Civil Action No.: 25-cv-3195-MJM |
| § | |
| For Order Authorizing Discovery Pursuant to Fed. R. Civ. P. 27. § § § | IN ADMIRALTY, Rule 9(h) |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon the Verified Petition of Olam Maritime Freight dated September 26, 2025, together with the exhibits annexed thereto, seeking an Order pursuant to Rule 27 of the Federal Rules of Civil Procedure directing the preservation of testimony and evidence in aid of anticipated litigation or arbitration, and upon all prior pleadings and proceedings had herein, it is hereby

**ORDERED** that show cause at a hearing before this Honorable Court in the United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201, on the ___ day of _____, 2025, at _____ __.m., why an Order should not be issued authorizing the preservation of testimony through depositions of identified witnesses and the production of identified documents, as set forth in the annexed Verified Petition; and it is further

**ORDERED** that copies of this Order and all supporting papers shall be served upon: (1) Javelin Global Commodities (UK) Ltd. c/o Alex Giles, Esq. of Tydings LLP; (2) CSX Transportation, Inc. c/o Vincent Foley and William Byrne of Holland & Knight; and (3) Ultratech Cement Limited c/o; John J. Sullivan of Hill Rivkins LLP, by email on or before September ___

_____, 2025 and such service shall be deemed good and sufficient.

**SO ORDERED**.

Dated: September \_\_\_, 2025

                                                    Hon. Matthew J. Maddox
                                                    United States District Judge