# Cargo Offload / Lightering Plan

**Date:** 19 September 2025
**Prepared By:** Stephen Cooke, Witt O'Brien's
**Vessel:** MV *W-Sapphire*
**Cargo:** 75,603 metric tons of coal
**Offload Location:** Tradepoint Atlantic (TPA), Sparrows Point, MD
**Lightering Anchorage:** Cove Point (HI Buoy) Anchorage

---

## 1. Purpose and Scope

This plan outlines the proposed method and resources to fully discharge the coal cargo onboard the MV *W-Sapphire* to facilitate final damage assessment and repairs following the cargo hold explosion on August 18, 2025.
The offload operation will be executed in compliance with U.S. Coast Guard requirements and all applicable federal, state, and local regulations.

---

## 2. Background

- MV *W-Sapphire* is a 229-meter bulk carrier currently carrying 75,603 metric tons of coal.

- On August 18, 2025, an explosion occurred in the vessel's #2 cargo hold, damaging the #2 hatch covers and surrounding main deck structure.

- Before permanent repairs and complete damage assessments can be performed, all coal cargo must be safely removed from the vessel.

## 3. Responsible Parties

| Organization | Role |
| --- | --- |
| **Carver Marine** | Lightering contractor: cargo discharge at anchorage and transport by barge to TPT |
| **Tradepoint Atlantic (TPT)** | Receiving terminal: offloading from barge and storage of cargo |
| **Witt O'Brien's (QI)** | Qualified Individual oversight, regulatory liaison, coordination with USCG, MDE, Flag, and Class |
| **Vessel Owner / Master** | Vessel safety, coordination, and stability management |

## 4. Operational Concept

### 4.1 Lightering Operations at Anchorage

- Lightering will be performed at the Cove Point (HI Buoy) Anchorage.

- Ecrane 3000 Series floating crane with a 36 yd³ coal grab bucket will be positioned alongside the *W-Sapphire*.

- Coal will be transferred into the CMT River Bann hopper barge (360' x 60', 9,300-ton capacity).

- Once loaded, the barge and crane will be towed to Tradepoint Atlantic for offload.

- Cycle: After offload, the barge and crane return to the *W-Sapphire* to resume discharge until all cargo is removed.

- Hold cleaning: Upon nearing completion of each hold, Carver will lower a loader and mini excavator into the holds to remove

residual coal from corners and edges to ensure holds are "Bucket Cleaned"

**4.2 Barge Offload and Storage at TPT**

- The CMT River Bann will be moored at the TPT Finger Pier (max draft: 38').

- The Ecrane 3000 will discharge coal from the barge onto the pier.

- TPT will transport the coal from the pier to the designated storage area using loaders and large-capacity haul trucks.

- Stockpiling will be performed using dozers.

- TPT has designated an approximately 3-acre storage area where coal will remain for up to six months pending final disposition (resale or disposal).

---

# 5. Resources to Be Utilized

| Equipment | Description |
|---|---|
| Ecrane 3000 Series | Floating crane, 36 yd³ coal grab bucket |
| CMT River Bann Barge | 360' x 60', 9,300-ton capacity |
| Tugboat | 3,000 HP class |
| Loader & mini excavator | Residual coal recovery from cargo holds |
| Loaders and haul trucks | Transport from pier to stockpile at TPT |

| Equipment | Description |
|---|---|
| Dozers | Stockpile management and compaction |

## 6. Safety & Environmental Controls

- Crane operations will be conducted with Ecrane-3000 grabs fitted with tight seals to minimize coal loss during lifting.

- The vertical drop height between the grab and barge will be minimized to reduce coal scatter.

- Barges will be positioned to maintain optimal alignment and reduce the risk of spillage during transfer.

- Scuppers and deck drains on the vessel, crane barge, and hopper barge will remain plugged or contained at all times.

- Gas monitoring of *W-Sapphire* cargo holds will continue throughout offload operations.

- Weather conditions will be monitored continuously, and operations will pause if sustained winds exceed safe limits (30 knots) or if sea state becomes unsafe.

- No hot work or ignition sources permitted within the operational zone.

## 7. Communications Plan

- **Primary communications:** VHF Marine Channel 13 (ship movements) and Channel 16 (emergency).

- Daily operational updates will be sent to:

    o USCG Sector Maryland–NCR Command Center

    o Maryland Department of the Environment

    o Tradepoint Atlantic Operations

    o Carver Marine Project Manager

    o Vessel Master / Owners

    o Witt O'Brien's (QI)

---

## 8. Estimated Timeline

| Phase | Duration |
| --- | --- |
| Mobilization of equipment and personnel | 3–5 days |
| Cargo offload operations | 10–14 days |
| Coal storage duration | Up to 6 months |

---

## 9. Contingencies

- **Weather:** Suspend operations for sustained winds ≥30 knots or heavy seas.

- **Mechanical Failure:** Immediate halt of lifting operations until repairs are made.

- **Spill or pollution incident:** Stop operations and immediately notify QI, USCG, and OSRO.

- **Safety Incident:** Suspend operations and conduct safety stand-down before resuming.

---

## 10. Final Disposition of Cargo

- The final disposition of the coal will be determined after offload.

- Current options under evaluation include resale or disposal at a licensed industrial waste facility.

- Final decision will be coordinated with W-Marine, cargo owner, USCG and Maryland Department of the Environment (MDE).

---

## 11. Attachments

- Equipment specifications (Ecrane 3000, CMT River Bann)
- Site map of TPT storage area
- Carver Marine Quotation*
- Tradepoint Atlantic Quotation*

*Contacts have not been finalized



Coal Storage Area

Tradepoint Finger Pier



# 3000C Series / Model EC19421 GA-E

## ELEVATION VIEW
### Handymax Ship Unloading

## DMT 7253 DISPLACEMENT TABLES
### 356'−0" X 60'−0" X 18'−6"

#### SHORT TONS−SALT WATER

| AVERAGE DRAFT | DISPLA−CEMENT | TONS/INCH | THEO. CARGO |
|---|---|---|---|
| 2'−6 3/8" | 1295.8 | 45.04 | LT BARGE |
| 3'−0" | 1552.9 | 45.56 | 257 |
| 3'−6" | 1828.2 | 46.17 | 532 |
| 4'−0" | 2107.1 | 46.82 | 811 |
| 4'−6" | 2389.0 | 47.25 | 1093 |
| 5'−0" | 2674.2 | 47.84 | 1378 |
| 5'−6" | 2962.8 | 48.37 | 1667 |
| 6'−0" | 3254.5 | 48.87 | 1959 |
| 6'−6" | 3548.5 | 49.26 | 2253 |
| 7'−0" | 3845.5 | 49.76 | 2550 |
| 7'−6" | 4145.3 | 50.30 | 2849 |
| 8'−0" | 4447.2 | 50.53 | 3151 |
| 8'−6" | 4751.6 | 50.95 | 3456 |
| 9'−0" | 5058.3 | 51.30 | 3762 |
| 9'−6" | 5367.5 | 51.70 | 4072 |
| 10'−0" | 5678.9 | 52.12 | 4383 |
| 10'−6" | 5992.8 | 52.56 | 4697 |
| 11'−0" | 6309.3 | 53.04 | 5013 |
| 11'−6" | 6628.3 | 53.51 | 5332 |
| 12'−0" | 6949.2 | 53.56 | 5653 |
| 12'−6" | 7271.4 | 53.88 | 5976 |
| 13'−0" | 7595.7 | 54.22 | 6300 |
| 13'−6" | 7922.1 | 54.56 | 6626 |
| 14'−0" | 8250.9 | 54.95 | 6955 |
| 14'−6" | 8581.9 | 55.15 | 7286 |
| 15'−0" | 8914.4 | 55.38 | 7619 |
| 15'−6" | 9247.3 | 55.56 | 7951 |
| 16'−0" | 9580.9 | 55.68 | 8285 |
| 16'−6" | 9915.3 | 55.76 | 8619 |
| 17'−0" | 10250.2 | 55.81 | 8954 |
| 17'−6" | 10585.0 | 55.81 | 9289 |
| 18'−0" | 10919.9 | 55.81 | 9624 |

#### SHORT TONS−FRESH WATER

| AVERAGE DRAFT | DISPLA−CEMENT | TONS/INCH | THEO. CARGO |
|---|---|---|---|
| 2'−7" | 1295.8 | 43.91 | LT BARGE |
| 3'−0" | 1514.1 | 44.42 | 218 |
| 3'−6" | 1782.5 | 45.01 | 487 |
| 4'−0" | 2054.5 | 45.65 | 759 |
| 4'−6" | 2329.3 | 46.07 | 1033 |
| 5'−0" | 2607.3 | 46.64 | 1311 |
| 5'−6" | 2888.7 | 47.16 | 1593 |
| 6'−0" | 3173.1 | 47.64 | 1877 |
| 6'−6" | 3459.8 | 48.03 | 2164 |
| 7'−0" | 3749.3 | 48.52 | 2453 |
| 7'−6" | 4041.7 | 49.04 | 2746 |
| 8'−0" | 4336.1 | 49.27 | 3040 |
| 8'−6" | 4632.8 | 49.68 | 3337 |
| 9'−0" | 4931.8 | 50.01 | 3636 |
| 9'−6" | 5233.3 | 50.41 | 3937 |
| 10'−0" | 5537.0 | 50.82 | 4241 |
| 10'−6" | 5843.0 | 51.25 | 4547 |
| 11'−0" | 6151.6 | 51.72 | 4856 |
| 11'−6" | 6462.6 | 52.18 | 5167 |
| 12'−0" | 6775.5 | 52.22 | 5480 |
| 12'−6" | 7089.6 | 52.54 | 5794 |
| 13'−0" | 7405.8 | 52.86 | 6110 |
| 13'−6" | 7724.1 | 53.19 | 6428 |
| 14'−0" | 8044.6 | 53.57 | 6749 |
| 14'−6" | 8367.3 | 53.77 | 7072 |
| 15'−0" | 8691.6 | 54.00 | 7396 |
| 15'−6" | 9016.1 | 54.17 | 7720 |
| 16'−0" | 9341.4 | 54.28 | 8046 |
| 16'−6" | 9667.4 | 54.37 | 8372 |
| 17'−0" | 9993.9 | 54.41 | 8698 |
| 17'−6" | 10320.4 | 54.41 | 9025 |
| 18'−0" | 10646.9 | 54.41 | 9351 |



NOTE:
DISPLACEMENTS IN
SHORT TONS OF
2000 POUNDS.

BARGE DMT 7253
CAPACITY TABLE



PUSHING NOTCH

298'-0"
HOPPER

HINGED
ANCHOR LIGHT
MAST

DRAFT MARKS

DRAFT MARKS

5'-0"  12'-0"

15'-0"

3'-6"

9'-4"  20  8'-1"

49 SPC'S. @ 6'-0" ~ FLRS. SPCD. 24"

4'-0"  3@ 7'-6¾"  9'-9¾"

55'-6"

352'-0" FLAT KEEL

48'-6"

## OUTBOARD PROFILE  1" = 40'

STRONG-BACK

1500# DANFORTH ANCHOR

296,000. FT.³ STRUCK CAPACITY

HYD. CAPSTAN

21'-0"

HYD. CAPSTAN P. & S.

AFT BARGE HAUL CLEAT ~ STB'D. ONLY

13'-4½"  21'-1½"  42'-0"  42'-0"  27'-0"  27'-0"  54'-0"  42'-0"  42'-0"  28'-1½"  17'-4½"
W.T.  W.T.  W.T.  W.T.  W.T.  W.T.

MOORING FITTINGS

356'-0" L.O.A., MOLDED

## PLAN ~ MAIN DECK   1" = 40'

50'-0"
AT DECK

5'-0" P.&S.

4'-6"

STRONG-BACK

2½"
STRAIGHT RISE OF DECK TO ₵ = 15"

23'-2½"

18'-6"

NWT CVK

2'-9"

5'-9"
P. & S.

48'-6"

60'-0"

15" R.

## MIDSHIP SECTION
1" = 20'

**DMT – 7253**
OPEN HOPPER BARGE
GENERAL ARRANGEMENT
SCALES AS NOTED

DANN MARINE TOWING, LC.
299 BOAT YARD RD
CHESAPEAKE CITY, MD 21915



**2170 River Road**
**Coeymans, New York 12045**
**(518) 756-2164 Office**



**Date:** _____9/16/2025_____

## CUSTOMER INFORMATION

**Customer Name:** W Marine Inc.
**Contact Name:**
**Job Name / Location:** Vessel Lightering / Baltimore Anchorage
**Delivery Date:** To Be Determined
**Phone:**
**Tax Status of Job:** Tax Exempt

## BUDGETARY RATE INDICATION

| Description of Services | Qty | Unit | Unit Price |
|---|---|---|---|
| Ecrane-3000 Series (GRACE) | 1 | Per Metric Ton | $22.25 |
| Grab Rental (36 yd Coal Grab) | | | |
| US-Flagged Jones Act Tug - 3,000 HP | | | |
| US-Flagged Jones Act Barge - 360' x 60' / ~9,000 Ton Capacity (River Bann) | | | |
| | | | |
| Mobilization / Demobilization - All Equipment / Crew | 1 | Lump Sum | $980,500 |

## SPECIAL CONDITIONS

**1. Scope of Services:**
The current budget includes only the items explicitly listed in the accompanying proposal. Carver Ecrane will perform the lightering operation of coal from M/V W Sapphire to a Carver barge then trasnported by Carver Tug to offload location then to be offloaded from barge to shore via Carver Ecrane, at the sole direction of the customer for a 14-day maximum timeline with a minimum of 75,000 Metric Ton total guaranteed billable quantity to Carver. The customer is responsible to obtain and maintain all necessary permits & approvals required for the lightering of coal from vessel at anchorage. Customer is responsible to furnish and install any environmental control measures, if required.

**1A. Additional Time Beyond 14 Days:**
In the event the lightering operation exceeds the initial fourteen (14) day period outlined above, additional time shall be billed at a rate of $4,500.00 per hour. This charge will apply on a continuous 'per hour' basis until completion of services, and shall be deemed part of the contracted Scope of Services under these Special Conditions.

**1B. Weather and Offload Location Delays:**
Any delays caused by weather, sea state, currents, or other environmental conditions, as well as any delays at the offload location including, but not limited to, berth congestion, facility readiness, equipment breakdown, labor availability, or scheduling issues not attributable to Carver, shall count as time elapsed within the fourteen (14) day period included in the rate.

Should the lightering operation extend beyond the fourteen (14) day allowance for any reason, including the foregoing, additional time shall be billed at $4,500.00 per calendar day (or pro-rated hourly equivalent). These charges shall apply on a continuous basis until completion of services.

**2. Additional Services and Costs:**
Any services, equipment, permits, labor, or materials not explicitly included in this budgetary estimate will be treated as pass-through costs plus 15%, or Time & Materials (T&M) plus 15%, depending on the nature of the item.

**3. Environmental / Regulatory:**
Client and Agent to obtain all approvals for lightering operation from Maryland environmental. Any licenses, permit, and/or anything else required shall be responsible for clients account.

**4. Port Costs:**
Any port-related fees, including but not limited to Agent Fees, Customs Fees, Assist Tugs, Pilots, Docking Pilots, Dockage, Wharfage, Line Handling, and/or Security, will be billed additionally at cost plus 15%.

**5. Terms and Conditions:**
All services will be performed strictly subject to Carver Companies' applicable Standard Terms of Service (Port Operations and/or Marine Towing, as relevant), available at www.carvercompanies.com/about us/port tariff information/. These terms are incorporated herein by reference and shall govern in the event of any conflict.

**Carver Authorized**
**Signature:** _____    **Customer Signature:** _____

**\*ALL NOTED EQUIPMENT IS SUBJECT TO AVAILABILITY\***



September 20, 2025
W MARINE Inc
38, Patriarchou Ioakim Str. 106
75, Athens, Greece

TPT is pleased to present W MARINE INC ("**W Marine**") with the following terms and conditions (referred to herein and in the attached Appendices as the "**Commercial Terms**" and together with the attached Appendices and TPT's General Terms and Conditions, collectively, the "**Services Agreement**") for handling cargo at our Tradepoint Atlantic facility:

| | |
|---|---|
| **Service Provider:** | Tradepoint Terminals, LLC ("**TPT**") |
| **Customer:** | W MARINE INC ("**Customer**") |
| **Location / Terminal:** | Tradepoint Atlantic, Baltimore Maryland ("**Terminal**") |
| **Contract Term:** | September 27th, 2025 through March 31, 2026 (the "**Contract Term**") |
| **Cargo:** | Thermal coal, with a bulk density of [confirm density] ("**Cargo**") |
| | Cargo to be free flowing without excessive moisture or dust and free of debris. |
| | Additional charges may apply if the Cargo doesn't meet the criteria above. |
| **Services:** | Services to be provided by TPT will include those set forth in the applicable Appendices attached to these Commercial Terms: |

| Appendix / Service | Check Box if Appendix Attached |
|---|---|
| Appendix #1 / Barge Discharge | ☒ |
| Appendix #2 / Motor Carrier Loading and Access | ☒ |
| Appendix #3 / Railcar Loading, Discharge and Access | ☒ |
| Appendix #4 / Storage | ☒ |

**Quantity:**                          75,000 MT of Cargo received at the Terminal via Barge.

**Cargo Measurement:**         The quantity of Cargo discharged from Barge will be determined by a draft survey, arranged by TPT and paid for by Customer. This will be the official weight used for invoicing purposes.

The quantity of Cargo loaded out to trucks will be determined by the sum of the truck scale weights.

**Service Charges:**            Receive Cargo from Barge via Customer provided E-Crane, haul to Storage Location and stockpile Cargo, subsequent load out to Customer provided dump truck.                                         $15.00 per MT

**Additional Service Charges:**         Barge Discharge standby and detention beyond the control of TPT (measured in 6-minute increments):                    $750.00 per gang per hour

Barge Discharging overtime differential (applied during Barge Overtime Hours and Holidays; measured basis a minimum of a 4-hour increment and thereafter in 6-minute increments):                    $375.00 per gang per hour

Truck Loading Overtime (applied during Loadout Overtime Hours; measured basis a minimum of a 4-hour increment and thereafter in 6-minute increments):                    $300.00 per terminal hour

Holiday overtime differential (applied to any TPT Service performed on a Holiday; measured basis a minimum of an 8- hour increment and thereafter 6- minute increments):                    $750.00 per gang per hour

Barge hold cleaning beyond what TPT considers machine clean:                    $500 per hour

Truck Scaling for Cargo loaded in dump trucks:                    $20.00 per scale ticket

| | | |
|---|---|---|
| **Storage Charges:** | Outdoor storage at Storage Location, on an unimproved (slag) surface, commencing upon arrival of the Cargo at the Terminal: | $6,000.00 per Acre per Month occupied by Cargo (for clarity, any partial acre occupied by Cargo shall round up and be considered a whole acre) |

**Tariff Charges:**

Wharfage: $1.10 per MT

Dockage: $0.40 per NRT of the barge/vessel per 24 hour period (or partial 24 hr period) the barge/vessel is docked. Minimum charge of $1,500 per day.

Security: $80.50 per hour

**Definitions:**

All capitalized terms have the same definition as provided in TPT's General Terms and Conditions or as defined below:

"**Day(s)**" means a calendar day unless otherwise specified.

"**Holiday**" shall run from 1900 the day before the Holiday to 0700 the day after the Holiday and shall include New Year's Day, Martin Luther King Day, President's Day, Memorial Day, Juneteenth, Independence Day, Labor Day, Columbus Day, Thanksgiving Day, Day after Thanksgiving, Christmas Eve, and Christmas Day.

"**Restricted Holidays**" means non-work holidays which are Christmas Day and New Year's Day.

"**MT**" means metric ton or 1,000 kilograms.

"**Loadout Overtime Hours**" means 1500-0700 Monday thru Friday, and 1500 Friday through 0700 Monday, including Holidays.

"**Barge Overtime Hours**" means 0700 Saturday to 0700 Monday.

**Payment Terms:**

Payment due for all potential charges, calculated at TPT's sole discretion, prior to any Services being performed by TPT or any barge carrying the Cargo docking at the Terminal (the "**Pre-Payment**"). After the completion of all Services, the total charges owed to TPT shall be calculated. If the total of all charges due to TPT are less than the Pre-Payment, TPT shall issue a refund equal to the difference between the Pre-Payment and actual charges owed to TPT, within sixty (60) days of the completion of all Services.

If the anticipated charges owed to TPT at any point during the provision of Services exceed the Pre-Payment, TPT reserves the right to issue a new invoice for the additional anticipated charges. Customer must pay such invoice immediately, and TPT reserves the right to suspend or terminate any and all Services until such additional invoice is paid.

**Disposal Cost Security:**

Customer shall provide a Letter of Credit or similar instrument, acceptable to TPT in its sole discretion, in an amount equal to the estimated disposal cost of the Cargo. Such document must be received and approved by TPT prior to the performance of any Services. Similar to the Pre-Payment, TPT shall have no obligation to perform any Services or allow barges with Cargo to dock prior to receiving such document.

**Additional Terms:**

These Commercial Terms and attached Appendices are subject to TPT's General Terms and Conditions, which are available upon request and may be modified from time to time in TPT's sole discretion.

Sending Cargo to the Terminal without a fully executed agreement constitutes acceptance of all terms within this Agreement and TPT's General Terms and Conditions in their original form.

Any conflicting terms between (i) these Commercial Terms and (ii) TPT's General Terms and Conditions, these Commercial Terms prevail.

No services will be provided or performed by or on behalf of TPT during any Restricted Holidays unless agreed by TPT, in writing, in its sole and absolute discretion.

**Validity:**

Until 1700 hours New York time on _____ ____, ____ and anytime thereafter subject to reconfirmation by TPT.

**<u>Notices:</u>**  Any notices or other communications required or permitted hereunder shall be in writing and sent in accordance with the appropriate contact information set forth below (or in accordance with such other contact information as may hereafter be furnished by one party to the other party in compliance with the terms hereof), by (i) hand delivery, (ii) UPS next-day service or FedEx next-day service, or (iii) email. Notice shall be deemed given and received as of (a) the date of delivery of the notice to the receiving party if sent pursuant to (i) of this paragraph, (b) one (1) day after the date the notice is sent if sent pursuant to (ii) of this paragraph, or (c) the date of the email if sent pursuant to (iii) of this paragraph.

If to Customer:  [Address]
[Email]

If to TPT:  Tradepoint Terminals, LLC
6995 Bethlehem Boulevard, Suite 100
Sparrows Point, Maryland 21219
Email: [INSERT]@tradepointterminals.com

[Signature page follows]

Company: **TRADEPOINT TERMINALS, LLC**

Signature:_____

Printed Name:_____

Title:_____

Date:_____


Accepted by: _____

Customer:**W MARINE INC**_____

Signature:_____

Printed Name:_____

Title:_____

Date:_____

## Appendix #1: Barge Discharging

**TPT Responsibilities:**

Receive Cargo from Barge via Customer provided E-Crane and transportation to the Storage Location or other identified point of rest.

Stockpile Cargo at the Storage Location.

**Customer Responsibilities:**

Provide to TPT via e-mail, regular updates on Barge and Crane arrivals and departures from the Terminal.

Vessels nominated for discharge or loading must meet vessel specifications set for by TPT: Bulk Carrier with certified and working vessel cranes, individual crane capacity of at least 30 MT, Maximum LOA of 738 feet, Maximum beam of 106 feet.

Vessels nominated for loading or discharge must meet berth restrictions.

Provide TPT the Vessel's estimated arrival date not less than 15 days prior to arrival at the Terminal followed by subsequent notices 10, 7, 5, 3, 2, 1 days prior to arrival at the terminal.

Provide TPT with stowage plan via e mail within 48 hours of departure from load port.

Provide TPT with the loading or discharge sequence via e mail no less than 7 days prior to the Vessel's arrival to TPA.

Upon arrival at the Terminal, the Barge must be ready to discharge the Cargo in all respects, weather permitting. Once berthed, Barge shall be continuously ready twenty-four (24) hours a day, seven (7) days a week to load or discharge Cargo at Terminal's full normal rate, throughout the entire time while at berth.  Furthermore, Barge must comply with the directions of Terminal management to accommodate equipment and crane access, and productivity issues, which may or may not require Barge to shift within or between anchorage sites or berths. All lost time and costs associated with Barge's preparation for operations, its readiness during operations, and its compliance with Terminal instructions and requests shall be for the account of the Customer, the Vessel, and/or the Charterer.

Vacate the berth within two (2) hours of completion of operations unless otherwise agreed to in writing.

**Berth Conditions:**

The master of the Barge shall be solely responsible for determining if the depth of water (at any tide) is sufficient for the Vessel, TPT having no responsibility therefore and TPT shall not be deemed to warrant the safety of public channels, fairways, approaches thereto,

anchorages or other publicly maintained areas either inside or outside the port area where any Vessel may operate. Furthermore, TPT shall not be deemed to warrant the safety of any of the berths or docks, including the Terminal's mooring buoys.

TPT shall not be responsible for any demurrage or other damages for delay or loss of dispatch time, or any other damages incurred by any vessel or Customer or their Cargo for any cause.

**Vessel Warranties**.  Customer warrants the seaworthiness of each Vessel/Barge, including the Customer provided E Crane, to which TPT provides services, including the Vessel's equipment, gear, machinery or appurtenances, and Customer warrants that each such Vessel/Barge is, and will be, compliant with its respective classification society rules, regulations, and certificates, and Customer warrants safe access on and off each such vessel for TPT and TPT's employees, agents, and subcontractors as well as safe working conditions while such personnel are on any such Vessel. Prior to the arrival of the Vessel at the Terminal, Customer shall provide to TPT all valid registers and certificates applicable to all gear and equipment expected to be used during Cargo operations.

**Application of Terms; Conflicts.** The terms and conditions of this Vessel Appendix are subject to all of the terms and conditions of the Services Agreement.  To the extent there is any direct conflict between the terms and conditions of this Vessel Appendix and the terms and conditions contained in: (i) the Commercial Terms, the terms and conditions contained in the Commercial Terms shall control, or (ii) the TPT General Terms and Conditions, the terms and conditions contained in this Vessel Appendix shall control.

## Appendix #2: Truck (Motor Carrier) Loading and Access

**PPE/Safety:**　　All truck drivers must adhere to TPT Safety and PPE Policy

　　Comply with Terminal posted speed limits

　　Drivers must wear reflective vest, hard hat, steel-toed boots, and safety glasses at all times once exiting their truck on Terminal premises

**TPT Responsibilities:**　　Provide to Customer and its trucking companies any written instructions and Terminal information which may be helpful, at TPT's discretion, in carrying out the business between the parties. Such information may include, but is not limited to, Terminal hours of operation & directions.

　　Load or unload Cargo to Customer provided trucks and provide truck scaling in and out of the Terminal.

**Customer Responsibilities:**　　Customer is responsible for all transportation of Cargo arriving at or leaving the Terminal.

　　Securing, including but not limited to strapping, lashing, and bracing, all Cargo once loaded to Customer provided trucks.

　　Comply with TPT provided instructions and Terminal information.

**Motor Carrier Access:**　　All Customer-owned or Customer-hired motor carriers transporting Cargo (each, a "**Motor Carrier**" and collectively, "**Motor Carriers**"), shall maintain the following coverages:

1. Statutory Workers' Compensation Insurance to meet fully the requirement of any compensation act, plan or legislative enactment applicable but in any event not less than $1,000,000 in connection with the death, disability or injury of licensee's officers, agents, servants or employees arising directly or indirectly out of the performance of the Services Agreement;

2. Employers' Liability Insurance with limits of not less than $1,000,000 per each accident;

3. Commercial General Liability Insurance with a limit of not less than $1,000,000 per occurrence for injury to or death of persons and damage to or loss or destruction of property. Such policy shall be endorsed to provide contractual liability coverage for liability assumed under the Services Agreement. In addition, said policy or

policies shall be endorsed to name TPT as an additional insured and shall include a severability of interests provision; and

4. Trucker's Liability Insurance with a combined single limit of not less than $1,000,000 each occurrence for injury to or death of persons and damage to or loss or destruction of property. Said policy or policies shall be endorsed to provide contractual liability coverage for liability assumed under the Services Agreement, shall name TPT as an additional insured, and shall include a severability of interests provision. In addition, said policy or policies shall contain Endorsement Form MCS-90 for Motor Carrier Policies of Insurance for Public Liability under Section 30 of the Motor Carrier Act of 1980, or Form MCS-82 motor carrier public liability bond must be obtained.

Motor Carriers and their employees operating at the Terminal are required to conform to all rules and procedures established for the Terminal, which are subject to change from time to time at TPT's sole discretion.

Motor Carriers may be required to assist in the connection between trailer and railcar and the loading or unloading of the trailer. The Motor Carrier will be responsible for its equipment at all times and the driver must remain with the vehicle while loading or unloading. The Motor Carrier will comply with all required safety procedures.

The Motor Carrier driver must have a valid CDL (Commercial Driver's License) in his/her possession while conducting activities at the Terminal. Motor Carrier drivers must have a DOT hazardous materials endorsement if transporting hazardous materials.

The Customer or its consignee will be responsible for providing TPT with the name of the Motor Carrier, the driver's name, the Motor Carrier ID, and the type of vehicle (truck, flatbed, or van) authorized to transport the product, along with recommended product transfer instructions. Only Motor Carriers with work to be performed at the Terminal will be granted access to the Terminal.

TPT shall not be responsible for truck demurrage and delays and instead shall be the responsibility of Motor Carrier and the Customer or its consignee.

If any Motor Carrier driver fails to comply with any rules or procedures established for the Terminal, which are subject to change from time to time at TPT's sole discretion, TPT shall have the right to prohibit such Motor Carrier driver from driving and/or performing other activities and/or services at the Terminal and the surrounding property owned by TPT and its affiliates.

**<u>Truck Warranties</u>**.   Customer warrants that the trucks and railcars to which TPT provides services, including any such truck's or railcar's equipment, gear or machinery, will be compliant with all applicable laws, regulations, and rules, and that TPT, and TPT's employees, agents, and subcontractors, will have safe access on and off each such truck or railcar and safe working conditions while such personnel are on such truck or railcar.  Customer will take appropriate steps, including providing instruction, to ensure that the drivers and/or operators of such trucks or railcars will observe any rules and regulations applicable to access to and use of the terminal at all times while on the terminal premises.

**<u>Application of Terms; Conflicts</u>.** The terms and conditions of this Truck Appendix are subject to all of the terms and conditions of the Services Agreement.  To the extent there is any direct conflict between the terms and conditions of this Truck Appendix and the terms and conditions contained in: (i) the Commercial Terms, the terms and conditions contained in the Commercial Terms shall control, or (ii) the TPT General Terms and Conditions, the terms and conditions contained in this Truck Appendix shall control.

## Appendix #4: Storage

The following terms and conditions shall apply with respect to any storage or warehousing services to be provided in accordance with the terms of the Commercial Terms to which this Storage Appendix is attached (such Commercial Term and any other exhibits, terms, or appendices attached thereto, including this Storage Appendix, are collective referred to as the "**Agreement**"). Any capitalized term used in this Storage Appendix and not otherwise defined herein shall have the meaning ascribed to such term in the remainder of the Services Agreement.

1.    **Handling and Storage of Customer's Cargo**.  TPT will perform the storage services at its warehouse(s) or outdoor storage lots, together with ancillary handling within the Storage Location.  In taking delivery of the Cargo, Customer shall deliver, or cause to be delivered, to TPT a bill of lading or other contract of carriage with respect to the Cargo to be stored.

2.    **Acceptance of Cargo.**  Except as may be otherwise expressly set forth in the Services Agreement, including but not limited to any volume or quantity limits on Cargo, and subject to available space at the Terminal, TPT agrees to accept delivery of, and to store, Customer's Cargo and to perform such other warehousing and/or storage services with respect to such stored Cargo as set forth in the Services Agreement.

3.    **Storage and Handling Services**.  Storage and handling services may include, but not be limited to, (i) storing the Cargo at the Storage Location, and (ii) ancillary handling of the Cargo within the Storage Location.

4.    **Storage Location**.  TPT may store the Cargo in any location at its warehouse(s) or outdoor storage lot(s) located within the Terminal (hereinafter, the "**Storage Location**").

5.    **Utilities and Condition of Storage Location; Safety.**  Except as may be otherwise expressly set forth in the Services Agreement: (a) TPT shall have no obligation to provide any utility services to the Storage Location, including, without limitation, potable water, industrial water, sanitary sewer, gas, electric, or telecommunications, and (b) the Cargo shall be stored at the Storage Location in such Storage Location's then current "AS IS, WHERE IS, WITH ALL FAULTS" physical condition, without any obligation on the part of TPT to make any alterations or improvements to the Storage Location or to prepare the Storage Location for the storage of Cargo thereat. To the extent any utilities are available or expressly required by the terms of the Services Agreement to be provided to the Storage Location, TPT shall not be liable for any interruption or failure of utility services thereto.

Customer acknowledges that there are, and will continue to be, a variety of hazards at the Storage Location, or, generally, within the Terminal, that could cause personal injury or property damage, including hazardous environmental conditions inside and around structures. If any personnel of Customer or its agents or contractors are permitted to have access to the Terminal, then such personnel shall wear customary personal protective equipment as appropriate, including, without limitation, hard hats, high-visibility safety vests, safety eyewear, and safety-toe footwear, all of which shall be supplied by Customer or its agents or contactor at their own expense. All such personnel shall, at all times during their access to the Terminal, comply with (i) the reasonable instructions of TPT's employees and contractors; and (ii) posted signs and placards.

Page 12 of 15

6.      **Relocation**. Without limiting anything herein, TPT, in its sole discretion, may relocate the Cargo from the Storage Location to another location at the Terminal at any time and for any reason, and any such relocation shall not terminate, modify, or otherwise affect the Services Agreement, except that the term "Storage Location" shall thereafter refer to the Storage Location to which the Cargo has been relocated.

7.      **Condition of Cargo**. TPT shall not be liable for damage to Cargo caused by or resulting from an event or process that took place or commenced prior to being accepted by TPT at the Terminal.  Unless TPT is notified to the contrary, Cargo must be delivered to TPT in good condition and must be packaged with good and sufficient packaging, to the extent applicable.

8.      **Commencement of Storage Charges**.  Storage charges shall commence upon the date that TPT accepts care, custody, and control of the Cargo, regardless of the unloading date or date of issuance of the Warehouse Receipt or other storage confirmation.

9.      **Tarping.** If, due to the nature of the Cargo, TPT determines that tarping of the Cargo is necessary, and TPT advises Customer thereof in writing, then promptly after delivery of the Cargo or such written notice by TPT, Customer, at its sole cost and expense, shall make arrangements with either an approved third-party vendor or directly with TPT to perform such tarping over the Cargo at the Storage Location.

10.     **Property Manager.** Customer acknowledges and agrees that some of TPT's obligations under this Storage Appendix may be performed on behalf of TPT by the Property Manager, and Customer hereby agrees to: (a) accept performance by the Property Manager of any TPT obligation under this Storage Appendix; and (b) accept and abide by any notices, invoices, or instructions provided by Property Manager as if the same were delivered or provided to Customer directly from TPT. For purposes of this Storage Appendix, the term "**Property Manager**" shall mean a management company hired to manage and/or administer all or portions of the Terminal on behalf of TPT (which may, or may not, be an affiliate of TPT), which Property Manager shall be identified in writing to Customer and may be replaced from time to time in TPT's sole and absolute discretion. TPT hereby notifies Customer that, as of the Effective Date of this Storage Appendix, the Property Manager is Sparrows Point Property Management, LLC.

11.     **Fees and Charges.** Customer shall pay for storage and/or warehousing services for the Cargo upon the rates and charges set forth in the Services Agreement, and subject to all of the terms and conditions set forth in the Services Agreement.

12.     **Extra Services**.  All storage and/or warehousing labor required for services other than ordinary handling and storage will be an additional expense charged to the Customer.  All control services performed for the Customer, such as tallying, weighing, measuring, gauging, checking, sampling, sorting, etc., shall be exclusively performed by TPT for a separate charge, unless TPT and the Customer expressly agree that such services shall be performed by an officially recognized third party control service company at the Customer's sole expense.

Dunnage, bracing, packing materials, or other special supplies may be provided for the Customer at an additional expense. Any disposal of dunnage, bracing, packing materials, or other special supplies will be at Customer's expense.

13. **Taxes, Duties, and Fees**. All taxes, duties, and fees, now or hereafter imposed by federal, state, or local governmental authorities with respect to Customer's Cargo, or the import or export thereof, shall be for the account of the Customer. Customer shall reimburse TPT for all such taxes, duties, and/or fees which may be imposed upon TPT after receipt of an invoice therefor.

14. **Delivery Instructions**. No Cargo shall be delivered or transferred except upon receipt by TPT of written instructions properly sent by the Customer or its authorized agent. Customer agrees that TPT shall have no liability when relying upon the information contained in communications/instructions as received by TPT from Customer.

15. **Speed of Storage or Delivery Services**. TPT shall determine the speed at which an order for storage or delivery of Cargo is executed. The Customer's wishes shall be taken into consideration, but TPT shall not be liable for costs incurred or damage suffered by the Customer when the speed at which the instructions are carried out is slower than desired by the Customer.

16. **Title to Cargo**. TPT agrees that title to the Cargo shall at all times remain with the Customer, and such Cargo shall not be subject to liens or other claims of third parties against TPT. However, Customer also agrees, and will not legally contest, that TPT shall be entitled to enforce its lien on the Cargo for any amounts which are owing by the Customer to TPT for storage fees and other related expenses in accordance with the Services Agreement and applicable law.

17. **Customer's Warranties as to Ownership**. In addition to any other representations or warranties of Customer in the Services Agreement, Customer hereby warrants that it is the owner and/or has lawful possession of the Cargo and that it has sole legal right to store and thereafter direct the release and/or delivery of the Cargo. Customer agrees to indemnify, defend and hold TPT harmless, including attorney's fees, of and from any claim by others relating to the ownership, storage and release of the Cargo, and/or any other services provided by TPT under the Services Agreement.

18. **End of Contract Term.** No later than the end of the Contract Term, Customer shall cause all of the Cargo to be released or redelivered from the Terminal at Customer's expense. If Customer has failed to do so, then: (a) TPT, at its option, may treat such Cargo as abandoned Cargo in accordance with the terms of the Services Agreement, and (b) in addition to any other rights, remedies and/or damages available to TPT under the Services Agreement and/or at law or equity, all of the Service Charges rates that are in effect under the Services Agreement immediately prior to the end of the Contract Term shall automatically double until such time as Customer has fully caused all of the remaining Cargo to be released and redelivered from the Terminal. Any continued storage at the Terminal (or the acceptance of any fees by TPT) after the end of the Contract Term shall not constitute an extension of the Contract Term or recognition or agreement by TPT of any obligation of TPT to continue storing the Cargo under the terms of the Services Agreement.

19.    **Restoration at End of Contract Term.** At the end of the Contract Term, TPT shall cause the Storage Location to be cleaned and all remnants and residue of the Cargo removed therefrom, and Customer shall pay TPT for all costs and expenses incurred by TPT in connection therewith, plus a fee of 15% of such aggregate costs and expenses, which shall be billed to and paid by Customer in accordance with the terms of the Services Agreement.

20.    **Application of Terms; Conflicts.** The terms and conditions of this Storage Appendix are subject to all of the terms and conditions of the Services Agreement.  To the extent there is any direct conflict between the terms and conditions of this Storage Appendix and the terms and conditions contained in: (i) the Commercial Terms, the terms and conditions contained in the Commercial Terms shall control, or (ii) the TPT General Terms and Conditions, the terms and conditions contained in this Storage Appendix shall control.