| | | |
|---|---|---|
| U.S. Department of Homeland Security<br>**United States Coast Guard**  | Commandant<br>United States Coast Guard | 2703 Martin Luther King Jr Ave. SE<br>Stop 7501<br>Washington, DC 20593-7501<br>Staff Symbol: CG-INV-3<br>Phone: (202) 372-1284<br>Fax: (202) 475-6840 |

5720
FOIA 2025-CGFO-02912
October 6, 2025

Mr. Gary Murphy
Simms Showers, LLP
gcmurphy@simmsshowers.com

Dear Mr. Murphy:

This is the final response to your Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG), dated September 16, 2025, and received by this office on September 16, 2025. You are seeking the MISLE Activity report related to the explosion onboard the W-SAPPHIRE on August 18, 2025. The incident number associated with this is associated with MISLE Activity Number 8213057.

A search of Marine Information for Safety and Law Enforcement (MISLE) database for documents responsive to your request indicated that the investigation is still open and ongoing. I have considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance[1]. I have determined that all of the pages of the records are withheld in their entirety pursuant to Title 5 U.S.C. § 552 (b)(7)(A).

FOIA Exemption 7(A) protects from disclosure records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings. I have determined that the information you are seeking relates to an ongoing investigation. Therefore, I am withholding all records, documents, and/or other material, which if disclosed prior to completion, could reasonably be expected to interfere with law enforcement proceedings and final agency actions related to those proceedings. Please be advised that once all pending matters are resolved and FOIA Exemption 7(A) is no longer applicable, there may be other exemptions which could protect certain information from disclosure, such as FOIA Exemptions 7(C), 7(D), and 7(E).

I am the person responsible for the denial of your request.

In our effort to provide you with the best customer service possible, we are providing you with the MISLE Activity number above and the link to the U.S. Coast Guard Maritime Information

---

[1] Department of Justice (DOJ), "Freedom of Information Act Guidelines," March 15, 2022, https://www.justice.gov/ag/page/file/1483516/download

Exchange (CGMIX) database https://cgmix.uscg.mil/IIR/IIRSearch.aspx where you can find completed and closed incident investigations.

When incident investigations are complete, we will update our CGMIX database.  CGMIX provides you with information regarding maritime incidents investigated by the U.S. Coast Guard under Part D of Title 46 of the U.S. Code.  These published reports are limited to reportable marine casualties, as defined in Section 4.05 of Title 46 of the Code of Federal Regulations, that were closed after October 2002.

The information published in CGMIX complies with Federal laws designed to protect from disclosure personal and private information about members of the public.  In particular, the Privacy Act (5 U.S.C. 552a) and the Health Insurance Portability and Accountability Act (HIPAA) of 1996 (P.L. 104-191) prohibits the Coast Guard from disclosing certain information to the public.  CGMIX offers several options to search for reports and retrieve a listing of incidents that match your search criteria.  You can then view selected reports from that list.  More detailed reports for major marine casualty investigations are located at: http://homeport.uscg.mil/missions/investigation/marine-casualty-reports.

Future requests for copies of records associated with closed investigations will be processed under the FOIA and all releasable records will be provided.

If you need any further assistance or would like to discuss any aspect of your request, please contact this office.  You may send an email to efoia@uscg.mil or you may contact our FOIA Public Liaison, Mrs. Amanda Ackerson, at 202-475-3522 in the same manner.  Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the response to this request, you have the right to appeal.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter via email to EFOIA@uscg.mil or to:  Commandant (CG-C5I-P2), ATTN: FOIA APPEALS, 2703 Martin Luther King Ave. STOP 7710, Washington DC, 20593-7710 following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.8.  Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  In this instance, because the cost is below the $14 minimum, there is no charge in accordance with 6 CFR § 5.11(d)(4).

If you need to contact our office again about this matter, please refer to 2025-CGFO-02912. This office can be reached at 202-372-1284

                              Sincerely,

                              *Evelynn B. Samms*

                              E. B. Samms
                              U. S. Coast Guard
                              Chief, Office of Investigations & Casualty Analysis

Copy:  CG-INV