# Gary C. Murphy

| | |
|---|---|
| **From:** | Patrick Lennon <plennon@lmplaw.net> |
| **Sent:** | Wednesday, August 27, 2025 2:53 PM |
| **To:** | Alexander M. Giles; J. Stephen Simms; Gary C. Murphy; Frank DeGiulio; Kevin G. O'Donovan; Kevin Lennon; vincent.foley@hklaw.com; William.Byrne@hklaw.com |
| **Subject:** | RE: MT W-SAPPHIRE - Experts Group |
| **Attachments:** | SAPPHIRE - Stockpile Sampling Plan - Version 1.docx; SAPPHIRE - Spot Coal Sampling Plan - Onboard - Revision 1.docx; SAPPHIRE - Spot gas samples onboard - Version 1.docx |

Alex,

Many thanks.  For expediency, I am copying Vince Foley on this email and providing him with copies of the sampling protocols drafted by MTD so that he can consider the same while the experts are also conferring.

Best regards,

*Patrick F. Lennon*

tel (203) 256-8600| (212) 490-6050 | mob (203) 258-5528

The information contained in this e-mail message is confidential and privileged, and is intended only for the use of the named receiver.  If you are not the named receiver, or the person responsible for delivering this e-mail message to the named receiver, you are notified that any use of this e-mail message or its contents, including any dissemination or copying, is strictly prohibited.  If you have received this e-mail message in error, please immediately notify Lennon Murphy & Phillips by telephone at (203) 255-5700, and destroy the original message.  Thank you.

**From:** Alexander M. Giles <agiles@tydings.com>
**Sent:** Wednesday, August 27, 2025 2:40 PM
**To:** Patrick Lennon <plennon@lmplaw.net>; J. Stephen Simms <jssimms@simmsshowers.com>; Gary C. Murphy <gcmurphy@simmsshowers.com>; Frank DeGiulio <fpd@pbh.com>; Kevin G. O'Donovan <kodonovan@pbh.com>; Kevin Lennon <kjl@lmplaw.net>
**Subject:** RE: MT W-SAPPHIRE - Experts Group


Pat-

As you will recall, the other person (or party) that had expressed the requirement to receiving any sampling protocols was Vince….as CSXT is requiring receipt of same before they will permit access to their terminal.  Now, maybe, any such proposed sampling protocol needs to first be discussed by and among the experts, and then revised accordingly if agreement is possible on a collective joint proposed sampling protocol…..AND THEN that might be the right time to forward that work product to Vince and SGS.

Just throwing that out there for consideration.

-Alex

Alexander M. Giles

agiles@tydings.com
Office: 410.752.9747

One East Pratt Street
Suite 901
Baltimore, MD 21202
Main: 410.752.9700
Fax: 410.727.5460

---

**From:** Patrick Lennon <plennon@lmplaw.net>
**Sent:** Wednesday, August 27, 2025 1:42 PM
**To:** Alexander M. Giles <agiles@tydings.com>; J. Stephen Simms <jssimms@simmsshowers.com>; Gary C. Murphy <gcmurphy@simmsshowers.com>; Frank DeGiulio <fpd@pbh.com>; Kevin G. O'Donovan <kodonovan@pbh.com>; Kevin Lennon <kjl@lmplaw.net>
**Subject:** MT W-SAPPHIRE - Experts Group

All,

I understand that Mercuria's experts have circulated to each party's corresponding expert a proposed sampling protocol.  Please confirm with your respective experts.

Best regards,

*Patrick F. Lennon*

tel (203) 256-8600| (212) 490-6050 | mob (203) 258-5528

The information contained in this e-mail message is confidential and privileged, and is intended only for the use of the named receiver.  If you are not the named receiver, or the person responsible for delivering this e-mail message to the named receiver, you are notified that any use of this e-mail message or its contents, including any dissemination or copying, is strictly prohibited.  If you have received this e-mail message in error, please immediately notify Lennon Murphy & Phillips by telephone at (203) 255-5700, and destroy the original message.  Thank you.



Alexander M. Giles

agiles@tydings.com
Office: 410.752.9747

One East Pratt Street
Suite 901
Baltimore, MD 21202
Main: 410.752.9700
Fax: 410.727.5460

This message contains information that may be privileged, confidential, or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message. If you have

received this message in error, please notify the sender by replying to this message, and then delete it from your system. Thank you very much.

3

# W-SAPPHIRE
# COAL SPOT SAMPLING ONBOARD
# W-SAPPHIRE AT ANCHORAGE

**Document Title**: Spot Coal Sampling on the W-SAPPHIRE at Anchorage.

1. **Purpose:** Draw spot coal samples from the cargo onboard the Vessel, from every cargo hold. The samples will then be tested for particle size distribution, gas emissions, self-heating, combustibility as well as proximate and ultimate testing, and TML and Moisture Content.

2. **Objective:** The outcome of the laboratory analyses to provide an indication of the cargo properties and characteristics as related to the carriage of coal at sea. These are considered to be indicative of the cargo onboard, not representative.

3. **Scope:** Spot samples drawn from each cargo hold onboard the AML whilst at anchorage and analysed for IMSBC Code compliance (TML and MC%).

3. **Target Date**: August/September 2025

**3. Definitions and Abbreviations**

IMSBC Code (International Bulk Maritime Solid Bulk Cargoes Code.

TML (Transportable Moisture Limit) as defined in the IMSBC Code.

MC% (Moisture Content on an "as-received" Basis with calculation on wet mass basis). List any terms, acronyms, or abbreviations used and their meanings. As defined in the IMSBC Code.

3. **Responsibilities:**
   Vessel to make cargo holds access available from weatherdeck.

HRT to take spot samples from the weather deck from each cargo hold.

HRT to analyze the composite sample as detailed above.

Dekra to analyze the composite sample.

## 4. Procedure

While W-SAPPHIRE is at anchorage

Hampton Roads Testing (HRT) to carry out all sampling .

HRT will supply sampling equipment required.

Take samples from every hold.

W-SAPPHIRE crew to check hold atmosphere with onboard gas meters. Methane must be below 10%LEL and oxygen above 20% before proceeding.

From main deck / weather deck lower bucket into starboard aft hatch coaming corner of hold No.1 and drag bucket up slope of cargo in hold.

Withdraw bucket and place sample into a sealable plastic bag.

Repeat - lower bucket into cargo hold No.1 starboard aft hatch coaming area and draw second bucket of coal.  Withdraw bucket and place into sealable plastic bags.

When the sample mass taken is more than 30kg per hold, then seal the bag and send for compositing at laboratory and testing.

In total a sample of around 210kg to 250kg is required.

Label sample bag with Name of Vessel, Hold Number, Date, Time and Sampler name.

Repeat for all seven cargo holds.

HRT Laboratory to determine MC% on sub-sample from each sample bag.

HRT to make up a composite sample from all holds and determine TML.

HRT to issue Certificate of TML and MC%.

HRT to analyze from Proximate and Ultimate Analysis.

Subsample to be delivered to Dekra.

Dekra to determine Gas emission rate, total quantity of gas, self-heating test.

**7. Records:** Sampling Log recorded and circulated to all parties upon completion of the process.

**8. REPORTING:** Certificates of analysis to be reported.

**9. Revision History**

| Revision | Date | Description of Change | Author | Reviewed By |
|---|---|---|---|---|
| 1 | 2025-08-27 | Initial Release | MTD | Dr P.Cook |
| 2 | | Revision 2 | | |