IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| In Re: Petition of Olam Maritime Freight, PTE. LTD. | * |
| | Civil Action No.: |
| | * 1:25-cv-03195-MJM |
| Petitioner, | |
| | * IN ADMIRALTY, Rule 9(h) |
| For Order Authorizing Discovery Pursuant to Fed. R. Civ. P. 27. | * |
| | * |

**NOTICE OF FILING:**

**U.S. COAST GUARD PORT STATE CONTROL REPORT OF INSPECTION AUGUST 22, 2025 OF THE M/V W SAPPHIRE INCLUDING DEFICIENCY DETAILS (FORMS A AND B)**

**U.S. COAST GUARD**
<u>**CAPTAIN OF THE PORT ORDER 26-25 UPDATE 5 (AUGUST 30, 2025)**</u>

Please take notice that responding to the Court's request at the hearing in process today, petitioner Olam herewith files the following:

**<u>Exhibit A</u>**:  U.S. Coast Guard Port State Control Report of Inspection, August 22, 2025 of the M/V W-SAPPHIRE including deficiency details (Forms A and B)

**<u>Exhibit B</u>**:  U.S. Coast Guard Captain of the Port Order 26-25 Update 5 (August 30, 2025)

Dated: October 20, 2025.

<u>/s/ J. Stephen Simms</u>
J. Stephen Simms (04269)
Gary C Murphy (31057)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 410-783-5795
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

                                            Counsel to Olam Maritime Freight PTE. LTD.

## **CERTIFICATE OF SERVICE**

I certify that on this October 20 2025 I caused the foregoing and exhibits to be filed thorugh this Court's CM/ECF system for service on all record counsel.

                                            /s/ J. Stephen Simms