# DEPARTMENT OF HOMELAND SECURITY
## U.S. COAST GUARD
### PORT STATE CONTROL REPORT OF INSPECTION - FORM A*

In accordance with the IMO's Procedures for Port State Control

**MISLE Activity Number:** 8213306  **Exam Type:** PSC

| # | Field | Value |
|---|---|---|
| 1 | Reporting Country | United States of America |
| 2 | Name of Ship | W-SAPPHIRE |
| 3 | Flag of Ship | Liberia |
| 4 | Ship Type Code | 40 |
| 5 | Call Sign | D5AF7 |
| 6 | IMO Number | 9605645 |
| 7 | Gross Tonnage | 43951 |
| 8 | Deadweight | |
| 9 | Yr. of Build | 2011 |
| 10 | Date of Inspection | 22Aug2025 |
| 11 | Place of Inspection | BALTIMORE, MD |
| 12 | Classification Society | Lloyd's Register |
| 13 | Detention Info** a) Date/Time Imposed | 23AUG25/2100 |
|    | b) Date/Time Released | |

**14. Company for Safety Management Activities w/IMO Company #:**
W Marine Inc. #1660746

**Registered Owner w/IMO Company #:**
LINVILLE LP # 6432972

**15. Relevant Certificates/Documents**:**

| a) Name | b) Issuing Authority | c) Date of Issue and Expiry |
|---|---|---|
| 1) Safety Management Certificate | LIBERIA | 4/7/2024   4/6/2029 |
| 2) Carriage of Solid Bulk Cargoes COC | Lloyd's Register | 11/3/2023   7/2/2027 |
| 3) Safety Construction | Lloyd's Register | 10/2/2024   7/2/2027 |
| 4) ILLC | Lloyd's Register | 11/3/2023   7/2/2027 |

**d) Information on last intermediate or annual survey/audit ***

| Date | Surveying/Auditing Authority | Place |
|---|---|---|
| 1) | | |
| 2) 09/15/2024 | Lloyd's Register | Hazira (IN) |
| 3) 10/02/2024 | Lloyd's Register | Richard's Bay |
| 4) 06/04/2025 | Lloyd's Register | Quebec (CA) |

**Check all applicable for 16-20 below:**

- 16. Deficiencies Identified: ☐ No  ☒ Yes
- 17. Major Control Action: ☐ No  ☒ Detention  ☐ Expulsion  ☐ Denial of Entry    If denied entry, reason: ☐ Safety  ☐ Security
- 18. Exam Category: ☐ PSC A  ☒ PSC B  ☐ Other
- 19. Drills Conducted? ☒ No  ☐ Fire Drill  ☐ Abandon Ship Drill  ☐ ISPS/Security Related Drill
- 20. Exam Score: ____

**Copy provided to:** GAUDENCIO DELOS SANTOS
*(Printed name of Master/Vessel Representative)*   (Signature)

**Duly Authorized PSCO:** CWO James Martin
MARTIN.JAMES.NICHOLAS.1392741794
Digitally signed by MARTIN.JAMES.NICHOLAS.1392741794
Date: 2025.08.23 00:49:02 -04'00'
*(Printed name of Duly Authorized PSCO of Reporting Authority)*   (Signature)

**Issuing Unit Name, Address, and E-Mail:**
USCG Sector Maryland-NCR
2401 Hawkins Point Rd
Baltimore, MD 21226
secmdpsc@uscg.mil

**If detained forward copies as appropriate to:**
☒ Flag State
☒ CVC/Area/District
☒ Classification Society/RO/RSO
☒ Owner/Operator

**Reviewed by Supervisor**
Name: LCDR Jordan Ortiz   Date: 08/23/2025
Signature: ORTIZ.JORDAN.ANGEL.1027313635 (Digitally signed 2025.08.23 20:08:33 -04'00')

\* This inspection report has been issued solely for the purposes of informing the master and other port States that an inspection by the USCG has taken place. This inspection report shall not be construed as a seaworthiness certificate _in excess of_ certificates the ship is required to carry.
\*\* To be completed in the event of a detention.

CG-5437A (02/25)   Reset Form   Page 1 of 2


**Exhibit A**

**Privacy Notice**

**Authority:** 46 U.S.C. §§3303; 70102a; and 33 C.F.R. Parts 155, 156, & 164.

**Purpose:** To document the outcome of a Port State Control (PSC) compliance examination conducted by the U.S. Coast Guard (USCG).

**Routine Uses:** The USCG Captain of the Port uses this information to ensure the results of a PSC examination is accurately documented in the Coast Guard's Marine Information for Safety and Law Enforcement (MISLE) database. The Coast Guard issues this form to document compliance with the requirements. For more information on how USCG uses this information, please see DHS/USCG PIA-008 Marine Information for Safety and Law Enforcement (MISLE), available at https://www.dhs.gov/ privacy.

**Disclosure:** This notice also applies to the CG_5437B form if issued. Furnishing this information is voluntary.

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number.

The Coast Guard estimates that the average burden for this report is 10 minutes (0.16 hours). You may submit any comments concerning the accuracy of this burden estimate or any suggestions for reducing the burden to: Commandant (CG-CVC), U.S. Coast Guard Stop 7501, 2703 Martin Luther King Jr Ave SE, Washington, DC 20593-7501 or Office of Management and Budget, Paperwork Reduction Project (1625-0037), Washington, DC 20503.

## APPEAL PROCEDURES

### (Reference: Title 46, Code of Federal Regulations, Subpart 1.03)

Any person directly affected by a decision or wishing to dispute the validity of a PSC action or their association with an IMO reportable control action should follow the appeal procedures contained in 46 CFR 1.03 and as outlined below:

**Detentions (Safety and/or Security) not related with RO/RSO**

1) Appeals must be submitted in writing within **30 days** after the decision or action being appealed was made. The appeal must contain a description of the decision or action appealed and the reason why the decision or action should be set aside or revised.

2) All IMO reportable control action appeals must be submitted first to the cognizant Officer in Charge of Marine Inspection (OCMI) for reconsideration. The issuing unit's name/address is located in the bottom left corner of the Form A.

3) If not satisfied by the decision or action of an OCMI after requesting reconsideration, a formal appeal of that decision or action may be made within **30 days**, via the office of the cognizant OCMI, to the District Commander of the district in which the office of the cognizant OCMI is located.

4) If not satisfied by the District Commander's decision or action on appeal, a formal appeal of that decision or action may be made within **30 days**, via the office of the cognizant District Commander to Commandant (CG-CVC).

5) Commandant (CG-CVC) is final agency action on the appeal.

**RO/RSO Related Detentions** *(Safety and Security)*

1) Any RO/RSO wishing to dispute their association with a detention must make their appeal in writing within 30 days after the last administrative action is taken by the Coast Guard DIRECTLY to Commandant (CG-CVC) at the following address:

United States Coast Guard Headquarters
COMMANDANT (CG-CVC)
Attn: Port State Control Division
2703 Martin Luther King Jr Ave, SE
Stop 7501
Washington, DC 20593-7501

OR

Email: portstatecontrol@uscg.mil

## U.S. COAST GUARD PORT STATE CONTROL

For information on the U.S. Coast Guard's Port State Control (PSC) Program, you may visit our website at:

http://www.dco.uscg.mil/cvc

CG-5437A (02/25)　　　　Reset Form　　　　Page 2 of 2

DEPARTMENT OF HOMELAND SECURITY
U.S. COAST GUARD
## PORT STATE CONTROL REPORT OF INSPECTION - FORM B

In accordance with IMO Port State Control Procedures

| MISLE Activity Number: 8213306 | | Exam Type: PSC | | | |
|---|---|---|---|---|---|
| 1. Reporting Country: United States of America | | | | | |
| 2. Name of Ship: W-SAPPHIRE | | | 3. IMO Number: 9605645 | | |
| 4. Date of Inspection: 22Aug2025 | | 5. Place of Inspection: Baltimore, MD | | | |

6. Nature of Deficiency[1]:

| No. | Code | Description | Cite (Convention) | Action Taken[2] | ISM Related |
|---|---|---|---|---|---|
| 01 | 15109 | The Company should establish procedures to ensure that the ship is maintained in conformity with the provisions of the relevant rules and regulations and with any additional requirements which may be established by the Company. The technical and/or operational nature of the deficiencies noted in deficiencies 02, 03, and 10 below provide objective evidence of a serious failure of the implementation of the ISM code. An external audit report must be submitted to the Coast Guard and deemed satisfactory prior to clearance of this deficiency. | 74SOLAS(24) IX/3.1 ISM Code 10.1 | 30bc | No |
| 02 | 06105 | When transporting a solid bulk cargo which is liable to emit a toxic or flammable gas, or cause oxygen depletion in the cargo space, an appropriate instrument for measuring the concentration of gas or oxygen in the air shall be provided together with detailed instructions for its use. Such instrument shall be to the satisfaction of the administration. PSCO observed that the Chief Mate fail to demonstrate the calibration of gas detection equipment twice. It was observed during both calibration tests, the gas detection equipment was reading inconsistent span gas numbers indicating the equipment was not operating as intended. | 74SOLAS(24) VI/3.1 | 30bc | Yes |
| 03 | 06107 | The carriage of solid bulk cargoes other than grain shall be in compliance with the relevant provisions of the IMSBC Code. Some cargoes may emit flammable gases in sufficient quantities to constitute a fire or explosion hazard. Where this is indicated in the cargo schedule in this Code or by the cargo information provided by the shipper, the cargo spaces shall be effectively ventilated, as necessary. PSCO observed ventilation hatch covers closed and secured by mechanical means on the no.2 cargo hold hatch. In an email dated 19AUG2025 from the vessel's QI, it was requested to open any installed ventilation for cargo holds to prevent gas collection. Annex 9 from IMSBC in reference to the loaded cargo specifies: Unless expressly provided otherwise, surface ventilation shall be conducted in all cargo spaces carrying this cargo for the first 24 hours after departure from the loading port. Master stated there were no SMS procedures providing deviation from the IMSBC requirement. | 74SOLAS(24) VI/1-2 IMSBC 3.4.2 | 30bc | Yes |
| 04 | 03104 | The construction and means for securing the weather-tightness of cargo and other hatchways in position 1 and 2 shall be at least equivalent to the requirements of regulations 15 and 16 of this annex. The no. 2 cargo hold hatches sustained substantial damage altering the construction and weather tightness due to an explosion that occurred onboard August 18th, 2025. | ICLL 1966 I/14.1 | 30bc | No |
| 05 | 03105 | The means for securing and maintaining weather-tightness shall be to the satisfaction of the Administration. The arrangements shall ensure that the tightness can be maintained in any sea conditions. PSCO observed cargo hold access hatches between no.1 and no. 2 cargo hold severely damaged. | ICLL 1966 I/16(3) | 30bc | No |
| 06 | 02106 | The condition of the ship and its equipment shall be maintained to conform with the provisions of the present regulations to ensure that the ship in all respects will remain fit to proceed to sea without danger to the ship or persons on board. PSCO observed cargo hold no. 2 and its hatch cover severely damaged due to an explosion that occurred on August 18th, 2025. The condition of the vessels hull, cargo holds, tanks and overall structure are unknown. A damage assessment and full survey shall be completed by the vessels Flag State and Recognized Organization. | 74SOLAS(24) I/11(a) | 30bc | No |
| 07 | 01108 | The mark of the Authority by whom the load lines are assigned may be indicated alongside the load line ring above the horizontal line which passes through the centre of the ring, or above and below it. The load line indicated NK as current issuing Authority where the current issuing Authority is LR. | ICLL 1966 I/7 | 17bc | No |
| 08 | 03103 | Efficient guard rails or bulwarks shall be fitted on all exposed parts of the free board and superstructure decks. The height of the bulwarks or guard rails shall be at least 1 metre (391/2) inches from the deck, provided that where this height would interfere with the normal operation of the ship. PSCO observed severe damage to starboard and port side forward handrails due to an explosion that occurred onboard on August 18th, 2025. | ICLL 1966 I/25(2) | 17bc | No |
| 09 | 07112 | The training manual shall explain the following in detail: escape systems and appliances. PSCO observed 04 different models of emergency escape breathing devices (EEBD) onboard. Vessel's SOLAS training manual only had instruction manuals for 03 make and model EEBDs onboard. | 74SOLAS(24) II-2/15 2.3.4.7 | 17bc | No |

CG-5437B (02/25) REV. 03/25
Expiration: 02/35

Reset Form

Page 1 of 2

6. Nature of Deficiency[1]:

| | | | | | | |
|---|---|---|---|---|---|---|
| - | 10 | 06105 | The administration shall take steps to ensure that crews of ships are trained in the use of such equipment. Vessel ordered replacement gas for gas detection equipment with incorrect chemical concentrations for cargo on board. Replacement bottles contained isobutane instead of the required methane component. Annex 9 of IMSBC outlines that the ship shall be suitably fitted and carry on board appropriate instruments for measuring the following without requiring entry in the cargo space: .1 concentration of methane in the atmosphere. Master and Chief Mate were unable to identify proper replacement span gas for on-board equipment. Vessels SOLAS training manual states: Senior Crew members should be familiar with the operational characteristics (instrument settings, type of sensors installed etc.) and the calibration procedure of the gas measuring instruments. | 74SOLAS(24) VI/3.2 | 17bc | Yes |
| - | 11 | 16105 | At security level 1, the following activities shall be carried out, through all appropriate measures, on all ships, taking into account the guidance given in part B of this code, in order to identify and take preventive measures against security incidents: controlling the embarkation of persons and their effects. PSCO observed upon approach of vessel that port and starboard pilot embarkation ladders were lowered. The vessels gangway watch was maintained only on the starboard side. | 74SOLAS(24) XI-2/4.2 ISPS Part A 7.2.3 | 17bc | No |
| - | 12 | 16105 | At security level 1, the following activities shall be carried out, through all appropriate measures, on all ships, taking into account the guidance given in part B of this code, in order to identify and take preventive measures against security incidents: controlling access to the ship. PSCO observed during vessel embarkation and security check in, a vessel contractor leave the vessel without being signed in or off in the ships visitors log. Based upon the evidence found in deficiencies 11 and 12, An internal audit report must be submitted to the Coast Guard and deemed satisfactory prior to clearance of this deficiency. | 74SOLAS(24) XI-2/4.2 ISPS Part A 7.2.2 | 17bc | No |
| - | 13 | 11132 | If hydrostatic release is used in float-free arrangements, it shall: if disposable, in lieu of the requirement in paragraph 4.1.6.3.6 be marked with the means of determining its date of expiry. Vessels disposable hydrostatic releases were not marked. | 74SOLAS(24) III/34 LSA 4.1.6.3.8 | 16bc | No |
| - | 14 | CG010 | Certification of accurate information. Include the master, owner, operator, agent, person in charge, or responsible officer's printed name, title, and signature attesting to the accuracy of the information provided and that the activities were in accordance with the ballast water management plan required by § 151.2050(g). PSCO observed ballast water management log was missing Master signatures on pages 20,21 and 22. | 33 CFR 151.2070(a)(2) | 50c | No |
| - | | | | | | |
| - | | | | | | |
| - | | | | | | |

Copy provided to: GAUDENCIO DELOS SANTOS
(Printed name of Master/Vessel Representative)

Duly Authorized PSCO: CWO James Martin
(Printed name of Duly Authorized PSCO of Reporting Authority)

(Signature) MARTIN.JAMES.NICHOLAS.1392741794
Digitally signed by MARTIN.JAMES.NICHOLAS.1392741794
Date: 2025.08.23 14:03:20 -04'00'

Issuing Unit Name, Address, and E-Mail:
USCG Sector Maryland-NCR
2401 Hawkins Point Rd
Baltimore, MD 21226
secmdpsc@uscg.mil

Reviewed by Supervisor
Name: LCDR Jordan Ortiz     Date: 23Aug2025
Signature: ORTIZ.JORDAN.ANGEL.1027313635
Digitally signed by ORTIZ.JORDAN.ANGEL.1027313635
Date: 2025.08.23 20:08:32 -04'00'

[1] This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies are rectified before an application for re-inspection is made.

[2] Codes for action taken, see below:

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Deficiency Rectified | 15 | Rectify deficiencies by next port | 16 | Rectify deficiencies within 14 days |
| 17 | Rectify deficiencies prior to departure | 20 | Ship expelled | 25 | Ship denied entry: |
| 30 | Ship Detained | 40 | Rectify deficiencies prior to next U.S. port after sailing foreign | a. | To the satisfaction of RO/RSO |
| 50 | Rectify deficiencies within 30 days | 60 | Rectify deficiencies prior to movement | b. | To the satisfaction of the Administration |
| | | | | c. | To the satisfaction of the Coast Guard |