

| | | |
|---|---|---|
| U.S. Department of Homeland Security<br>United States Coast Guard | Commander<br>United States Coast Guard<br>Sector Maryland-NCR | 2401 Hawkins Point Road<br>Baltimore, MD 21226-1791<br>Staff Symbol: s<br>Phone: (410) 576-2693<br>Email: secmdncrscc@uscg.mil |

16600
30 Aug 2025

MASTER OF THE M/V W-SAPPHIRE
IMO: 9605645, CALL SIGN: D5AF7, FLAG: LIBERIA

Subj: CAPTAIN OF THE PORT MARYLAND-NCR ORDER 26-25, Update 5

On August 18, 2025, this office was notified that the M/V W-SAPPHIRE suffered a cargo hold explosion while transiting within the Sector Maryland-NCR Captain of the Port Zone (COTP) zone and sustained significant damage. The damage and vessel condition represents a hazardous condition to the port, waterway, and environment. As such, under Title 46, United States Code (U.S.C.), Section 70039(a), et seq. and Title 33, Code of Federal Regulations (CFR), Part 160.111. I direct the following:

1. You are currently anchored north of the Bay Bridge and shall remain there and implement the vessel safety and hazard mitigation plan accepted by the Coast Guard on August 29th, 2025. If there are any indications of self-heating of the cargo, you shall follow the actions in your plan. If the lower explosive limit (LEL) in any cargo hold reaches 20% or higher, you are required to immediately notify the Sector Maryland-NCR Command Center (410) 576-2693 and begin monitoring at five-hour intervals and if the LEL reaches 80% or higher, you are required to monitor at one-hour intervals.

2. All spaces certified by marine chemist certificate shall be tested approximately every 12 hours and results shall be reported to the Sector Maryland-NCR Command Center at D05-SMB-SectorMD-NCR-SCC@uscg.mil.

3. You are required to complete and submit an approved salvage and repair plan through your vessel's salvage and firefighting provider (T&T Salvage, LLC) for the displaced #2 cargo hatch cover onboard. This plan shall be submitted to our office no later than 1200 on September 1st, 2025.

4. You are required to complete a comprehensive initial damage assessment using your vessel's approved salvage and marine firefighting provider (T&T Salvage, LLC) in strict accordance with the ship's safety management system. This shall be accomplished in coordination with your Flag State and/or the Recognized Organization. This assessment shall cover all areas potentially impacted by the vessel's cargo hold explosion to determine necessary risk mitigations and temporary repairs for relocating the vessel to an alternate location or lay-berth. This assessment shall be reported to our office no later than 1600 on September 4th, 2025.

5. If there is any noticeable change in stability, change in draft readings, change in vessel position, or signs of pollution (oil, hazmat, etc.), immediately notify the Sector Maryland-NCR Command Center at (410) 576-2693.

Failure to comply with this Captain of the Port Order is punishable by a civil penalty up to $117,608 per day for each violation. Willful and knowing violation of this order is a class D felony, punishable by up to six years in prison (18 U.S.C § 3581) or fined not more than $250,000 for an individual or $500,000 for an organization (18 U.S.C § 3571). This Captain of the Port Order is issued without prejudice as to the initiation of civil penalty proceedings for any violation that may have previously occurred.

Should you be aggrieved by this order, you may request reconsideration of this order to me directly. If I do not rescind this order based on your request, you may appeal my decision to the Commander, Coast Guard East District. While any request or appeal is pending, all provisions of this order remain in effect.



SUBJ: CAPTAIN OF THE PORT MARYLAND-NCR  
ORDER 26-25, Update 5

16600  
30 Aug 2025

All reconsideration requests or appeals must follow the procedures prescribed in 33 CFR 160.7. If you have any questions or would like additional information, please contact my Port State Control Branch or the Command Duty Officer at our 24-hour number (410) 576-2693.

Sincerely,

*P. C. Burkett, CAPT, USCG*

P. C. Burkett  
Captain, U.S. Coast Guard  
Captain of the Port, Maryland-NCR

Copy:  Sector Maryland-NCR Command Center  
　　　　CGD-E Command Center  
　　　　Maryland Pilots

2