UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In Re: Petition of Olam Maritime Freight, PTE. LTD. | : | Civil Action No.: 1:25-cv-03195-MJM |
| | : | |
| | : | IN ADMIRALTY |
| Petitioner, | : | |
| | : | |
| For Order Authorizing Discovery Pursuant to Fed. R. Civ. P. 27 | : | |
| | : | |
| _____ | : | |

**NOTICE OF FILING:**

**LINVILLE LP APPEAL OF U.S. COAST GUARD PORT STATE CONTROL DEFICIENCY REPORT AND U.S COAST GUARD DECISION GRANTING APPEAL OF DEFICIENCY #3 FOR FAILING TO VENTILATE THE CARGO**

Please take notice that as addressed with the Court at the October 20 hearing, respondent Linville LP as owner of the W-SAPPHIRE herewith files the following:

**Exhibit A**: Linville LP appeal of Deficiency #3 in the U.S. Coast Guard Port State Control Report of Inspection, August 22, 2025;

**Exhibit B**: U.S. Coast Guard Order granting the appeal of Linville LP and removing Deficiency #3;

**Exhibit C:** Amended U.S. Coast Guard Order removing Deficiency #3.

Respectfully Submitted,

**PALMER BIEZUP & HENDERSON LLP**

By: /s/ _____
 Frank P. DeGiulio, Esq.
 Federal Bar No.: 27059
 222 Prince George Street, Suite 102
 Annapolis, MD 21401
 P (410) 267-0010
 fpd@pbh.com

                                                                          Kevin G. O'Donovan, Esq.*
Palmer Biezup & Henderson LLP
190 N. Independence Mall West
Suite 401
Philadelphia, PA 19106
odonovan@pbh.com
Attorneys for Linville LP and
W Marine Inc.

\* Admitted *pro hac vice*

Dated: October 21, 2025.

**CERTIFICATE OF SERVICE**

I certify that on October 21 2025 I caused the foregoing and exhibits to be filed through this Court's CM/ECF system for service on all record counsel.

                                         /s/  
                                      Frank P. DeGiulio, Esq.

#728697v1